## SOPHIAN v. HENIG.

(Supreme Court, Appellate Term.   April 16, 1900.)

MUNICIPAL COURT—JURISDICTION—RECORD.
        In an action in municipal court of New York City, the jurisdictional fact
    that the defendant is a resident of the city must appear in the record.

Appeal from municipal court, borough of Manhattan, Fifth district.

Action by Morris Sophian against Michael Henig.   From a judgment for plaintiff, defendant appeals.   Reversed.

Argued before BEEKMAN, P. J., and GIEGERICH and O'GORMAN, JJ.

Rosenthal & Rosenthal, for appellant.
S. Horkimer, for respondent.

PER CURIAM.   As the record does not show that the defendant was a resident of the city of New York, the jurisdictional facts do not appear, and the judgment must accordingly be reversed.   Willis v. Parker (Sup.; March 5, 1900) 62 N. Y. Supp. 1078.

Judgment reversed, and new trial ordered, without costs.